# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BONIFACIO HINOJOSA-BELMAN(1),

    Defendant.

CASE NO. 12CR0871-MMA

**JUDGMENT OF DISMISSAL**

FILED
MAY 1 - 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Information:

    8 USC 1326 (a) - Attempted Entry After Deportation

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 04/30/12

                              Michael M. Anello
                              U.S. District Judge